O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHARRIEFF GAY,<br><br>   Petitioner,<br><br> vs.<br><br>A. HEDGEPETH, Warden,<br><br>   Respondent. | Case No. CV 09-2113-DDP (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Motion to Dismiss is granted and Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 20, 2010

                      _____
                      DEAN D. PREGERSON
                      UNITED STATES DISTRICT JUDGE