JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHARRIEFF GAY,<br><br>Petitioner,<br><br>vs.<br><br>A. HEDGEPETH, Warden,<br><br>Respondent. | Case No. CV 09-2113-DDP (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Motion to Dismiss is granted, the Petition is denied and this action is dismissed with prejudice.

DATED: April 20, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE